BRINK, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Sarah Brink against Albert E. King, as treasurer, etc. PER CURIAM. Judgment and order affirmed, with costs.
HIRSCHBERG, J., not voting.

BRISKMAN v. KAUFNERR. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Joseph Briskman against Isidor J. Kaufnerr. No opinion. Application denied, with $10 costs. Order signed.

BROADBENT, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department, May 9, 1913.) Action by Samuel Broadbent against the New York Evening Journal Publishing Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in refusal to charge as requested at folio 596 of the record on appeal. See, also, 151 App. Div. 884, 135 N. Y. Supp. 1102.
THOMAS, J., dissents.

In re BRONX BOULEVARD. (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of the Bronx Boulevard. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BROOKLYN, Q. C. & S. R. CO. v. BIRD et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by the Brooklyn, Queens County & Suburban Railroad Company against Maria A. Bird and the City of New York. Order (78 Misc. Rep. 683, 138 N. Y. Supp. 826) affirmed, with costs, on the opinion of Mr. Justice Crane at Special Term. See, also, 140 N. Y. Supp. 1111.

BROOKLYN, Q. C. & S. R. CO. v. BIRD et al. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by the Brooklyn, Queens County & Suburban Railroad Company against Maria A. Bird and the City of New York. No opinion. Motion denied, with costs. See, also, 141 N. Y. Supp. 1111.

BROWN et al., Respondents, v. BURGER, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Thomas C. Brown and James E. Lowe, comprising the firm of Brown & Lowe, against Richard E. Burger. No opinion. Order affirmed, with $10 costs and disbursements.

BROWN v. FAULKNER et al. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Harry K. Brown against Eliza Faulkner and others, in which Ethel M. Terry became purchaser at a sale. No opinion. Order affirmed, with $10 costs and disbursements.

BROWNRIGG, Appellant, v. BROWNRIGG, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Jeanette S. Brownrigg against Leo W. Brownrigg. No opinion. Order (80 Misc. Rep. 108, 140 N. Y. Supp. 778) affirmed, without costs.

BRUNDIGE, Appellant, v. FIENBERG, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Ella M. Brundige, an infant, etc., against Joseph J. Fienberg, impleaded, etc. No opinion. Judgment affirmed, with costs. Reargument and appeal to Court of Appeals denied 141 N. Y. Supp. 1111.

BRUNDIGE, Appellant, v. FIENBERG, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Edna M. Brundige, an infant, etc., against Joseph J. Fienberg, impleaded, etc. No opinion. Motion for reargument (of 141 N. Y. Supp. 1111) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

BUCKLEY, Respondent, v. STANSFIELD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Della M. Buckley against William H. Stansfield, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. See opinion by Foote, J., on appeal from judgment in same case, 140 N. Y. Supp. 953.

BURDGE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Sarah A. Burdge against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

In re BURFEINDT et al. (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of John Burfeindt and another. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BURGER, Appellant, v. GRIFFON SHIRT CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 14, 1913.) Action by Richard E. Burger, suing on behalf of himself and all other stockholders similarly situated of the Griffon Shirt Company against the Griffon Shirt Company, Albert H. Silverman, Brodie G. Higley, William E. Burdett, Samuel J. Jackson, George Tait, Martin H. Weil, John J. McCabe, Charles H. Peddrick, Jr., and Clifford M. Marsh.
PER CURIAM. As this action is to be tried on the merits within a few days, the discretion of the Special Term will not be interfered with. Order affirmed, without costs.